**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blackhawk Hobby Distributors, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4399254** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5600 N 2nd St**<br>**Loves Park, IL**<br>ZIP Code **61111** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 6481**<br>**Rockford, IL**<br>ZIP Code **61125** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Blackhawk Hobby Distributors, Inc** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Blackhawk Hobby Distributors, Inc** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**March 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kim C Kowalewski**
Signature of Authorized Individual

**Kim C Kowalewski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 12, 2009**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Blackhawk Hobby Distributors, Inc**_____,    Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 327,405.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 349,107.22 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 22,340.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 442,904.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 327,405.37 | | |
| | | Total Liabilities | | 814,351.89 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Blackhawk Hobby Distributors, Inc** _____,    Case No. _____

                                        Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Blackhawk Hobby Distributors, Inc**                                   ,     Case No. _____
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **Blackhawk Hobby Distributors, Inc**                    ,                    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                0.00
(Total of this page)

  __2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable @ 12/31/2008** | - | 11,022.62 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan to Tommorrow Is Yesterday, Inc** | - | 30,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     41,022.62
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | 1.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Ford F150 Pickup** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Normal complement of office equipment including, computers, servers and related periphals (co-owned with Tommorrow Is Yesterday, Inc)** | - | 2,400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc shelving and hand carts** | - | 2,000.00 |
| 30. Inventory. | | **Inventory - board, card and miniture games (fmv based on cost)** | - | 280,981.75 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 286,382.75 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 327,405.37 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Blackhawk Hobby Distributors, Inc** _____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **All Business ASsets** | | | | | |
| **First National Bank & Trust**<br>**345 E Grand Ave**<br>**Beloit, WI 53511** | | - | | | | | | |
| | | | Value $                 **327,005.37** | | | | **132,736.21** | **0.00** |
| Account No. | | | 02/2008 | | | | | |
| **Neal Rieken**<br>**1121 Southwest Pine Tree Lane**<br>**Palm City, FL 34990** | X | - | **First Mortgage on personal residence of Kim Kowalewski**<br><br>**Loan** | | | | | |
| | | | Value $                   **50,000.00** | | | | **95,001.01** | **45,001.01** |
| Account No. | | | 2000 & 2005 | | | | | |
| **Wizards of the Coast, Inc**<br>**1801 Lind Ave SW**<br>**Renton, WA 98055** | X | - | UCC<br><br>**Inventory - board, card and miniture games (fmv based on cost)** | | | X | | |
| | | | Value $                 **280,981.75** | | | | **121,370.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal<br>(Total of this page) | **349,107.22** | **45,001.01** |
| | Total<br>(Report on Summary of Schedules) | **349,107.22** | **45,001.01** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Blackhawk Hobby Distributors, Inc**                                            ,   Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        _____1_____  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **3rd & 4th qtr 2007** | | | | | | |
| **Internal Revenue Service CCP-LU ACS Correspondence PO Box 145566  STOP 813G  CSC Cincinnati, OH 45250-5566** | X | - | **Federal Tax Lien for Payroll Taxes** | | | | | **0.00** | |
| | | | | | | | 22,340.16 | | 22,340.16 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | 22,340.16 |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | 22,340.16 |

| | |
|---|---|
| | 22,340.16 |
| | 22,340.16 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Blackhawk Hobby Distributors, Inc**                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Aegis Studios 238 Grand Avenue Loves Park, IL 61111** | X | - | | | | | | | 10.00 |
| Account No. | | | | | Trade debt | | | | |
| **Alderac Entertainment Group 4045 Guasti Road - #210 Ontario, CA 91761** | X | - | | | | | | | 7,589.52 |
| Account No. | | | | | Trade debt | | | | |
| **Amarillo Design Bureau, Inc. PO Box 8759 Amarillo, TX 79114-8759** | X | - | | | | | | | 905.27 |
| Account No. | | | | | Trade debt | | | | |
| **Asmodee Editions 55 Avenue DuMont Royal Ques - #207 Montreal Quebec CANADA** | X | - | | | | | | | 1,908.80 |

_ **22** _ continuation sheets attached

Subtotal
(Total of this page)    **10,413.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:36076-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone | | | | |
| **AT&T PO Box 8100 Aurora, IL 60507-8100** | X | - | | | | | 182.38 |
| Account No. | | | Trade debt | | | | |
| **Atlas Games 885 Pierce Butler Route Saint Paul, MN 55104-1522** | X | - | | | | | 4,041.68 |
| Account No. | | | NOTICE ONLY | | | | |
| **Attorney Travis Porter Greenspan & Douglas, Inc. 2921 E. Ft. Lowell Rd. - Ste 113 Calumet, MN 55716** | | - | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| **Australian Design Group 15100 East Castle Drive Wichita, KS 67230** | X | - | | | | | 390.53 |
| Account No. | | | Trade debt | | | | |
| **Avalanche Press Ltd. 543 Central Drive - Suite 220 Virginia Beach, VA 23454** | X | - | | | | | 1,157.67 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,772.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Blackhawk Hobby Distributors, Inc**                                    ,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Repairs | | | | |
| **Bonnel Heating & A/C, Inc.**<br>**2107 Nimtz Road**<br>**Loves Park, IL 61111** | X | - | | | | | 93.75 |
| Account No. | | | Trade debt | | | | |
| **Bounding Fire Productions**<br>**7708A Mullen Drive**<br>**Austin, TX 78757** | X | - | | | | | 360.00 |
| Account No. | | | Trade debt | | | | |
| **Chaosium, Inc.**<br>**22568 Mission Blvd. - #423**<br>**Hayward, CA 94541** | X | - | | | | | 584.48 |
| Account No. | | | Trade debt | | | | |
| **Charter Service**<br>**PO Box 3255**<br>**Milwaukee, WI 53201-3255** | | - | | | | | 269.99 |
| Account No. | | | Trade debt | | | | |
| **Clash of Arms Games**<br>**PO Box 212**<br>**DE 19742** | X | - | | | | | 4,327.20 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,635.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Blackhawk Hobby Distributors, Inc**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Cloud Kingdom Games 2300 Central Avenue - Suite D Boulder, CO 80301 | X | - | | | | | 201.72 |
| Account No. | | | Trade debt | | | | |
| Compass Games, LLC PO Box 271 Cromwell, CT 06416 | X | - | | | | | 519.45 |
| Account No. | | | Trade debt | | | | |
| Critical Hit, Inc. PO Box 279 Croton Falls, NY 10519 | X | - | | | | | 300.00 |
| Account No. | | | Trade debt | | | | |
| Crystal Caste Dice 7031 S. Aavenida De Pina Tucson, AZ 85747 | X | - | | | | | 700.00 |
| Account No. | | | Trade debt | | | | |
| Curtis Circulation Company Specialty Sales Department PO Box 9103 Camden, NJ 08101-9103 | X | - | | | | | 852.25 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,573.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Dan Verssen Games** **1230A Barranca Avenue** **Glendora, CA 91740** | X | - | | | | | 459.76 |
| Account No. | | | Trade debt | | | | |
| **Darkfuries Publishing** **PO Box 3099** **Newport News, VA 23603** | X | - | | | | | 90.86 |
| Account No. | | | Trade debt | | | | |
| **Decision Games** **PO Box 21598** **Bakersfield, CA 93390** | X | - | | | | | 2,279.03 |
| Account No. | | | Computer Purchase | | | | |
| **Dell Business Credit** **PO Box 5275** **Carol Stream, IL 60197-5275** | X | - | | | | | 1,500.10 |
| Account No. | | | Computer Purchase | | | | |
| **Dell Business Credit** **PO Box 5275** **Carol Stream, IL 60197-5275** | X | - | | | | | 90.86 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,420.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Elder Signs Press** **PO Box 389** **Lake Orion, MI 48361-0389** | X | - | | | | | 72.60 |
| Account No. | | | Trade debt | | | | |
| **Elfin Enterprises** **PO Box 1023** **Ann Arbor, MI 48106-1023** | X | - | | | | | 147.86 |
| Account No. | | | Trade debt | | | | |
| **Elfinwerks** **PO Box 1203** **Ann Arbor, MI 48106** | X | - | | | | | 144.00 |
| Account No. | | | Advertising | | | | |
| **F&W Publications** **APO Box 5014** **Iola, WI 54945-5014** | X | - | | | | | 1,706.40 |
| Account No. | | | Trade debt | | | | |
| **Face to Face** **PO Box 40218** **Providence, RI 02940-0218** | X | - | | | | | 441.00 |

| | | | |
|---|---|---|---|
| Sheet no. _5__ of _22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | 2,511.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fantasy Flight Games**<br>**1975 County Road B-2 - Suite 1**<br>**Saint Paul, MN 55113** | X | - | Trade debt | | | | 14,871.00 |
| Account No.<br><br>**Far Future Enterprises**<br>**1418 North Clinton Blvd.**<br>**Bloomington, IL 61701** | X | - | Trade debt | | | | 219.20 |
| Account No.<br><br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | X | - | Shipping Charges | | | | 1,987.09 |
| Account No.<br><br>**Flying Buffalo**<br>**PO Box 8467**<br>**Scottsdale, AZ 85252** | X | - | Trade debt | | | | 859.61 |
| Account No.<br><br>**Flying Frog Productions**<br>**2518 141st St. SW**<br>**Lynnwood, WA 98087** | X | - | Trade debt | | | | 2,301.51 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 20,238.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Blackhawk Hobby Distributors, Inc** _____ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Gale Force 9** **385-120 Reas Ford Road** **Earlysville, VA 22936** | X | - | | | | | 850.00 |
| Account No. | | | Trade debt | | | | |
| **Gallant Hands Gamers Gear** **% Debbie & Don Veilhaber** **PO Box 2017** **Paradise, CA 95969** | X | - | | | | | 730.58 |
| Account No. | | | Trade debt | | | | |
| **Games Workshop** **Attn:  Karen Zukowski** **6711 Bay Meadow Drive** **Glen Burnie, MD 21060** | X | - | | | | | 4,007.25 |
| Account No. | | | Trade debt | | | | |
| **Games Workshop Midwest** **13664 Collections Center Drive** **Chicago, IL 60693** | X | - | | | | | 12,314.89 |
| Account No. | | | Trade debt | | | | |
| **GMT Games** **PO Box 1308** **Hanford, CA 93232** | X | - | | | | | 6,343.15 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,245.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Gorilla Games 5023 West 134th Place Hawthorne, CA 90250 | X | - | | | | | 835.64 |
| Account No. | | | Trade debt | | | | |
| Green Ronin Publishing 7831  29th Ave. S. Seattle, WA 98108 | X | - | | | | | 8,974.06 |
| Account No. | | | Legal Fees | | | | |
| Guyer & Enichen 2601 Reid Farm Road - Suite B Rockford, IL 61114 | X | - | | | | | 1,547.00 |
| Account No. | | | Trade debt | | | | |
| Heat of Battle Steve Dethlefsen 525 Golf Lane Lake Forest, IL 60045-2114 | X | - | | | | | 158.00 |
| Account No. | | | Trade debt | | | | |
| Hero Games 226 E. 54th Street - #606 New York, NY 10022 | X | - | | | | | 660.45 |

Sheet no. __8___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,175.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                                    ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Hidden City Games**<br>**120 Lakeside Avenue - Suite 100**<br>**Seattle, WA 98122** | X | - | | | | | 2,850.90 |
| Account No. | | | Trade debt | | | | |
| **Historical Military Services**<br>**4964 Lowell Blvd.**<br>**Denver, CO 80221** | X | - | | | | | 142.00 |
| Account No. | | | Trade debt | | | | |
| **Hot Wire Foam Factory**<br>**216 East Laurel Avenue**<br>**Lompoc, CA 93436** | X | - | | | | | 350.00 |
| Account No. | | | Advertising | | | | |
| **Impressions Adv. & Marketing**<br>**704 Thompsons Drive**<br>**Brentwood, CA 94513** | X | - | | | | | 13,343.92 |
| Account No. | | | Trade debt | | | | |
| **Inmediares Productions, LLC**<br>**Catalyst Game Labs**<br>**PMB 202**<br>**Lake Stevens, WA 98258** | X | - | | | | | 5,249.78 |

| | | |
|---|---|---|
| Sheet no. __9___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 21,936.60 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Inner City Games Designs 36460 N. US Highway 45 Lake Villa, IL 60046 | X | - | | | | | 152.22 |
| Account No. | | | Trade debt | | | | |
| Iron Wind Metals LLC 4858 Provident Drive - Suite M Cincinnati, OH 45246 | X | - | | | | | 3,396.00 |
| Account No. | | | Trade debt | | | | |
| Kenzer & Company 1912 Halifax Street Libertyville, IL 60048 | X | - | | | | | 2,455.54 |
| Account No. | | | Trade debt | | | | |
| Key 20 Direct PO Box 133 Hinckley, OH 44233 | X | - | | | | | 1,146.63 |
| Account No. | | | Insurance | | | | |
| Keystone Insurance Agency 1626 N. Main Street Rockford, IL 61103 | X | - | | | | | 11,136.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,286.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| **Khyber Pass Games**<br>**W5311 CTH W**<br>**Holmen, WI 54636** | X | - | | | | | | 216.00 |
| Account No. | | | | Loans | | | | |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | | - | | | | | | 75,779.23 |
| Account No. | | | | Trade debt | | | | |
| **Koplow Games**<br>**369 Congress Street**<br>**Boston, MA 02110** | X | - | | | | | | 1,119.29 |
| Account No. | | | | Trade debt | | | | |
| **L2 Design Group**<br>**3044 Bloor Streeet West - Suite 956**<br>**Toronto  M8X2Y8**<br>**CANADA** | X | - | | | | | | 2,349.00 |
| Account No. | | | | Trade debt | | | | |
| **Laughing Pan Productions**<br>**37 Caraway Lane**<br>**Spencerport, NY 14559** | X | - | | | | | | 83.88 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **79,547.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Legio X Inc.** **947 Vernon Avenue** **Beloit, WI 53511** | X | - | | | | | 338.00 |
| Account No. | | | Trade debt | | | | |
| **Lone Wolf Development** **1101 Pheasant Hill Way** **San Jose, CA 95120** | X | - | | | | | 478.80 |
| Account No. | | | Trade debt | | | | |
| **Loony Labs** **PO Box 761** **College Park, MD 20741** | X | - | | | | | 456.80 |
| Account No. | | | Material Supplier | | | | |
| **Max Protection LLC** **5862 S. 194th Street** **Kent, WA 98032** | X | - | | | | | 3,786.75 |
| Account No. | | | Material Supplier | | | | |
| **McDonald Modular Solutions, Inc.** **23800 West 8 Mile Road** **Southfield, MI 48033** | X | - | | | | | 690.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **5,750.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Blackhawk Hobby Distributors, Inc**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Material Supplier | | | | |
| **Minden Games** <br> **9573 W. Vogel Avenue** <br> **Peoria, AZ 85345** | X | - | | | | | 645.10 |
| Account No. | | | Material Supplier | | | | |
| **Miniature Building Authority** <br> **PO Box 107** <br> **Bethlehem, GA 30620-0107** | X | - | | | | | 2,994.50 |
| Account No. | | | Advertising | | | | |
| **Monday Knight Productions** <br> **4100 NE 104th Avenue** <br> **Vancouver, WA 98682** | X | - | | | | | 418.93 |
| Account No. | | | Advertising | | | | |
| **Mongoose Publishing** <br> **McFarland State Bank** <br> **Attn: A Postel** <br> **Mc Farland, WI 53558** | X | - | | | | | 8,989.67 |
| Account No. | | | Advertising | | | | |
| **Multi Man Publishing** <br> **403 Headquarters Drive** <br> **Suite 7** <br> **Millersville, MD 21108** | X | - | | | | | 2,133.60 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,181.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Blackhawk Hobby Distributors, Inc**                                         , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **New England Simulations** **11 Faxon Street** **Nashua, NH 03060** | X | - | | | | | 225.00 |
| Account No. | | | Credit Card | | | | |
| **Office Depot Credit Plan** **P O Box 9020** **Des Moines, IA 50368-9020** | X | - | | | | | 3,650.63 |
| Account No. | | | Trade debt | | | | |
| **Omega Games** **PO Box 2191** **Valrico, FL 33595** | | - | | | | | 128.99 |
| Account No. | | | Trade debt | | | | |
| **On Military Matters** **31 West Broad Street - Suite C** **Hopewell, NJ 08525** | X | - | | | | | 346.05 |
| Account No. | | | Trade debt | | | | |
| **Paetec** **PO Box 3243** **Milwaukee, WI 53201-3243** | X | - | | | | | 279.12 |

Sheet no. __14__ of __22__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 4,629.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Paizo Publishing 2700 Richards Road - Suite 201 Bellevue, WA 98005-4200 | X | - | | | | | | 4,378.30 |
| Account No. | | | | Trade debt | | | | |
| Palladium Books 39074 Webb Court Westland, MI 48185 | X | - | | | | | | 3,829.00 |
| Account No. | | | | Computer Repairs | | | | |
| PC Tech 2U 10148 Ashdown Machesney Park, IL 61115 | X | - | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Pierce Box & Paper 4133 Newburg Road Belvidere, IL 61008 | X | - | | | | | | 955.95 |
| Account No. | | | | Trade debt | | | | |
| Polymancer Studios 20 Weredale Park Westmont  Quebec  H3Z1Y6 CANADA | X | - | | | | | | 105.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of                                          Subtotal                     9,268.25
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc**
_____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| **Privateer Press** **13434  NE 16th Street - Suite 120** **Bellevue, WA 98005** | X | - | | | | | 5,804.16 |
| Account No. | | | Trade debt | | | | |
| **PSI** **1554 Litton Drive** **Stone Mountain, GA 30083** | X | - | | | | | 4,295.67 |
| Account No. | | | Trade debt | | | | |
| **R Talsorian Game, Inc.** **PO Box 2047** **Kirkland, WA 98034** | X | - | | | | | 325.80 |
| Account No. | | | Trade debt | | | | |
| **Renaissance Enterprises** **6638 Town Bluff Drive** **Dallas, TX 75248** | X | - | | | | | 693.00 |
| Account No. | | | Trade debt | | | | |
| **Rio Grande Games** **1804 Platte River Road** **Rio Rancho, NM 87144** | X | - | | | | | 5,399.86 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,518.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                                     ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Robart Mfg., Inc.** <br> **625 N. 12th Street** <br> **Saint Charles, IL 60174** | X | - | | | | | 1,138.80 |
| Account No. | | | Utilities | | | | |
| **Rock Energy Coop** <br> **2815 Kennedy Road** <br> **Janesville, WI 53545** | X | - | | | | | 327.47 |
| Account No. | | | Rubbish Removal | | | | |
| **Rock River Disposal** <br> **Box 673045** <br> **Milwaukee, WI 53267-3045** | X | - | | | | | 518.65 |
| Account No. | | | Internet Provider | | | | |
| **Rock River Internet** <br> **202 W. State Street - 8th Floor** <br> **Rockford, IL 61101-1118** | X | - | | | | | 1,296.00 |
| Account No. | | | Accounting Fees | | | | |
| **RSM McGladrey, Inc.** <br> **5155 Paysphere Circle** <br> **Chicago, IL 60674** | X | - | | | | | 1,100.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of                          Subtotal                      | 4,380.92
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Sabol Designs, Inc. 503 Hickory Ridge Trail Suitre 140 Woodstock, GA 30188 | X | - | | | | | | 456.75 |
| Account No. | | | | Loan | | | | |
| Shelia Jascemskaas 14225 Hansberry Rd Rockton, IL 61072 | X | - | | | | | | 12,836.00 |
| Account No. | | | | Trade debt | | | | |
| Silver Fox Productions, Inc. PO Box 1386 Brantford Ontaria  N3T 5T6 CANADA | | - | | | | | | 1,022.38 |
| Account No. | | | | Trade debt | | | | |
| Simmons Games 837 Orange Avenue Sunnyvale, CA 94087 | X | - | | | | | | 360.00 |
| Account No. | | | | Trade debt | | | | |
| Squadron Signal Tools 1115 Crowley Drive Carrollton, TX 75011 | X | - | | | | | | 400.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,075.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| SSDC, Inc. PO Box 40553 Portland, OR 97240 | X | - | | | | | 575.06 |
| Account No. | | | Trade debt | | | | |
| Steve Jackson Games PO Box 18957 Austin, TX 78760 | X | - | | | | | 16,225.41 |
| Account No. | | | Trade debt | | | | |
| Testors Corporation PO Box 73863 Cleveland, OH 44193 | X | - | | | | | 2,069.66 |
| Account No. | | | Trade debt | | | | |
| Timeline Ltd. 127 Glen Forest Road Magnolia, DE 19962-1706 | X | - | | | | | 153.16 |
| Account No. | | | Trade debt | | | | |
| Treadhead Games Legions East PMB-182 1971 Western Avenue Albany, NY 12203 | X | - | | | | | 532.49 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,555.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blackhawk Hobby Distributors, Inc**                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Twilight Creations, Inc. 6103 Cabin Creek East Newport, KY 41076 | X | - | | | | | 3,446.43 |
| Account No. | | | Advertising | | | | |
| Tynes Cowan Corp. dba Pagan Publishing & Armit 5536  25th Avenue NE Seattle, WA 98105 | X | - | | | | | 227.75 |
| Account No. | | | Trade debt | | | | |
| Uberplay Entertainment 470 Country Lane - #2 Santa Clara, UT 84765 | X | - | | | | | 2,255.24 |
| Account No. | | | Delivery Services | | | | |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | X | - | | | | | 6,401.47 |
| Account No. | | | Trade debt | | | | |
| Upper Deck 13326 Collection Center Drive Chicago, IL 60693 | X | - | | | | | 7,249.91 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **19,580.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blackhawk Hobby Distributors, Inc**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone | | | | |
| **Verizon Bankruptcy Administration** **404 Brock Drive** **Bloomington, IL 61701** | X | - | | | | | 523.84 |
| Account No. | | | Trade debt | | | | |
| **War Torn Worlds** **4810 Kenmar Road** **Sacramento, CA 95835** | X | - | | | | | 451.37 |
| Account No. | | | Trade debt | | | | |
| **Wizards of the Coast** **PO Box 403050** **Atlanta, GA 30384-3050** | X | - | | | | | 121,369.91 |
| Account No. | | | Trade debt | | | | |
| **Worthington Games** **PO Box 62725** **Virginia Beach, VA 23466-2725** | X | - | | | | | 637.72 |
| Account No. | | | Trade debt | | | | |
| **Z-Man Games** **6 Alan Drive** **Mahopac, NY 10541** | X | - | | | | | 2,121.59 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **125,104.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blackhawk Hobby Distributors, Inc**_____,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Zipwhaa, Inc.** **547 Bluebird Drive** **Bolingbrook, IL 60440** | X | - | | | | | 101.79 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 101.79 |
| Total (Report on Summary of Schedules) | | 442,904.51 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Blackhawk Hobby Distributors, Inc** _____,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Shelia Jascemskaas** <br> **14225 Hansberry Rd** <br> **Rockton, IL 61072** | **Month to month rental of warehouse space** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Blackhawk Hobby Distributors, Inc**                                    Case No. _____
                                                                         ,
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Wizards of the Coast, Inc**<br>**1801 Lind Ave SW**<br>**Renton, WA 98055** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Internal Revenue Service**<br>**CCP-LU ACS Correspondence**<br>**PO Box 145566  STOP 813G  CSC**<br>**Cincinnati, OH 45250-5566** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Neal Rieken**<br>**1121 Southwest Pine Tree Lane**<br>**Palm City, FL 34990** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Amarillo Design Bureau, Inc.**<br>**PO Box 8759**<br>**Amarillo, TX 79114-8759** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Australian Design Group**<br>**15100 East Castle Drive**<br>**Wichita, KS 67230** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Aegis Studios**<br>**238 Grand Avenue**<br>**Loves Park, IL 61111** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Alderac Entertainment Group**<br>**4045 Guasti Road - #210**<br>**Ontario, CA 91761** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Asmodee Editions**<br>**55 Avenue DuMont Royal Ques - #207**<br>**Montreal Quebec**<br>**CANADA** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Atlas Games**<br>**885 Pierce Butler Route**<br>**Saint Paul, MN 55104-1522** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Avalanche Press Ltd.**<br>**543 Central Drive - Suite 220**<br>**Virginia Beach, VA 23454** |

**8**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Blackhawk Hobby Distributors, Inc**                                    Case No. _____
_____,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Bounding Fire Productions**<br>**7708A Mullen Drive**<br>**Austin, TX 78757** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Bonnel Heating & A/C, Inc.**<br>**2107 Nimtz Road**<br>**Loves Park, IL 61111** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Chaosium, Inc.**<br>**22568 Mission Blvd. - #423**<br>**Hayward, CA 94541** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Curtis Circulation Company**<br>**Specialty Sales Department**<br>**PO Box 9103**<br>**Camden, NJ 08101-9103** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Cloud Kingdom Games**<br>**2300 Central Avenue - Suite D**<br>**Boulder, CO 80301** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Clash of Arms Games**<br>**PO Box 212**<br>**DE 19742** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Compass Games, LLC**<br>**PO Box 271**<br>**Cromwell, CT 06416** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Critical Hit, Inc.**<br>**PO Box 279**<br>**Croton Falls, NY 10519** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Crystal Caste Dice**<br>**7031 S. Aavenida De Pina**<br>**Tucson, AZ 85747** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Inmediares Productions, LLC**<br>**Catalyst Game Labs**<br>**PMB 202**<br>**Lake Stevens, WA 98258** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Decision Games**<br>**PO Box 21598**<br>**Bakersfield, CA 93390** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** |

Sheet __1__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Blackhawk Hobby Distributors, Inc**                                    Case No. _____

_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Dan Verssen Games**<br>**1230A Barranca Avenue**<br>**Glendora, CA 91740** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Darkfuries Publishing**<br>**PO Box 3099**<br>**Newport News, VA 23603** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Elder Signs Press**<br>**PO Box 389**<br>**Lake Orion, MI 48361-0389** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Elfinwerks**<br>**PO Box 1203**<br>**Ann Arbor, MI 48106** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Face to Face**<br>**PO Box 40218**<br>**Providence, RI 02940-0218** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Flying Buffalo**<br>**PO Box 8467**<br>**Scottsdale, AZ 85252** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Far Future Enterprises**<br>**1418 North Clinton Blvd.**<br>**Bloomington, IL 61701** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Fantasy Flight Games**<br>**1975 County Road B-2 - Suite 1**<br>**Saint Paul, MN 55113** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Elfin Enterprises**<br>**PO Box 1023**<br>**Ann Arbor, MI 48106-1023** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Flying Frog Productions**<br>**2518 141st St. SW**<br>**Lynnwood, WA 98087** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Games Workshop Midwest**<br>**13664 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Gale Force 9**<br>**385-120 Reas Ford Road**<br>**Earlysville, VA 22936** |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Blackhawk Hobby Distributors, Inc**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Gallant Hands Gamers Gear**<br>**% Debbie & Don Veilhaber**<br>**PO Box 2017**<br>**Paradise, CA 95969** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **GMT Games**<br>**PO Box 1308**<br>**Hanford, CA 93232** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Historical Military Services**<br>**4964 Lowell Blvd.**<br>**Denver, CO 80221** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Green Ronin Publishing**<br>**7831  29th Ave. S.**<br>**Seattle, WA 98108** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Guyer & Enichen**<br>**2601 Reid Farm Road - Suite B**<br>**Rockford, IL 61114** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Heat of Battle**<br>**Steve Dethlefsen**<br>**525 Golf Lane**<br>**Lake Forest, IL 60045-2114** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Hidden City Games**<br>**120 Lakeside Avenue - Suite 100**<br>**Seattle, WA 98122** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Hero Games**<br>**226 E. 54th Street - #606**<br>**New York, NY 10022** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Hot Wire Foam Factory**<br>**216 East Laurel Avenue**<br>**Lompoc, CA 93436** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Impressions Adv. & Marketing**<br>**704 Thompsons Drive**<br>**Brentwood, CA 94513** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Inner City Games Designs**<br>**36460 N. US Highway 45**<br>**Lake Villa, IL 60046** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Iron Wind Metals LLC**<br>**4858 Provident Drive - Suite M**<br>**Cincinnati, OH 45246** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Key 20 Direct**<br>**PO Box 133**<br>**Hinckley, OH 44233** |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Blackhawk Hobby Distributors, Inc**_____,   Case No. _____

                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Keystone Insurance Agency**<br>**1626 N. Main Street**<br>**Rockford, IL 61103** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Shelia Jascemskaas**<br>**14225 Hansberry Rd**<br>**Rockton, IL 61072** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Koplow Games**<br>**369 Congress Street**<br>**Boston, MA 02110** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Khyber Pass Games**<br>**W5311 CTH W**<br>**Holmen, WI 54636** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **F&W Publications**<br>**APO Box 5014**<br>**Iola, WI 54945-5014** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Kenzer & Company**<br>**1912 Halifax Street**<br>**Libertyville, IL 60048** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **L2 Design Group**<br>**3044 Bloor Streeet West - Suite 956**<br>**Toronto  M8X2Y8**<br>**CANADA** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Loony Labs**<br>**PO Box 761**<br>**College Park, MD 20741** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Laughing Pan Productions**<br>**37 Caraway Lane**<br>**Spencerport, NY 14559** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Lone Wolf Development**<br>**1101 Pheasant Hill Way**<br>**San Jose, CA 95120** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Legio X Inc.**<br>**947 Vernon Avenue**<br>**Beloit, WI 53511** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Max Protection LLC**<br>**5862 S. 194th Street**<br>**Kent, WA 98032** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Miniature Building Authority**<br>**PO Box 107**<br>**Bethlehem, GA 30620-0107** |

Sheet __**4**__ of __**8**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re   **Blackhawk Hobby Distributors, Inc**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **RSM McGladrey, Inc.**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Paetec**<br>**PO Box 3243**<br>**Milwaukee, WI 53201-3243** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Minden Games**<br>**9573 W. Vogel Avenue**<br>**Peoria, AZ 85345** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Mongoose Publishing**<br>**McFarland State Bank**<br>**Attn:  A Postel**<br>**Mc Farland, WI 53558** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Monday Knight Productions**<br>**4100 NE 104th Avenue**<br>**Vancouver, WA 98682** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **McDonald Modular Solutions, Inc.**<br>**23800 West 8 Mile Road**<br>**Southfield, MI 48033** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Multi Man Publishing**<br>**403 Headquarters Drive**<br>**Suite 7**<br>**Millersville, MD 21108** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **New England Simulations**<br>**11 Faxon Street**<br>**Nashua, NH 03060** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Office Depot Credit Plan**<br>**P O Box 9020**<br>**Des Moines, IA 50368-9020** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **On Military Matters**<br>**31 West Broad Street - Suite C**<br>**Hopewell, NJ 08525** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Gorilla Games**<br>**5023 West 134th Place**<br>**Hawthorne, CA 90250** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Tynes Cowan Corp.**<br>**dba Pagan Publishing & Armit**<br>**5536  25th Avenue NE**<br>**Seattle, WA 98105** |

Sheet   **5**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **Blackhawk Hobby Distributors, Inc**                                      ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Pierce Box & Paper**<br>**4133 Newburg Road**<br>**Belvidere, IL 61008** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Privateer Press**<br>**13434  NE 16th Street - Suite 120**<br>**Bellevue, WA 98005** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Palladium Books**<br>**39074 Webb Court**<br>**Westland, MI 48185** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **PSI**<br>**1554 Litton Drive**<br>**Stone Mountain, GA 30083** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Polymancer Studios**<br>**20 Weredale Park**<br>**Westmont  Quebec  H3Z1Y6**<br>**CANADA** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Paizo Publishing**<br>**2700 Richards Road - Suite 201**<br>**Bellevue, WA 98005-4200** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Rio Grande Games**<br>**1804 Platte River Road**<br>**Rio Rancho, NM 87144** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Renaissance Enterprises**<br>**6638 Town Bluff Drive**<br>**Dallas, TX 75248** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Robart Mfg., Inc.**<br>**625 N. 12th Street**<br>**Saint Charles, IL 60174** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Rock Energy Coop**<br>**2815 Kennedy Road**<br>**Janesville, WI 53545** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Rock River Disposal**<br>** Box 673045**<br>**Milwaukee, WI 53267-3045** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Rock River Internet**<br>**202 W. State Street - 8th Floor**<br>**Rockford, IL 61101-1118** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **R Talsorian Game, Inc.**<br>**PO Box 2047**<br>**Kirkland, WA 98034** |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Blackhawk Hobby Distributors, Inc**                                  ,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Sabol Designs, Inc.**<br>**503 Hickory Ridge Trail**<br>**Suitre 140**<br>**Woodstock, GA 30188** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Simmons Games**<br>**837 Orange Avenue**<br>**Sunnyvale, CA 94087** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Steve Jackson Games**<br>**PO Box 18957**<br>**Austin, TX 78760** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Squadron Signal Tools**<br>**1115 Crowley Drive**<br>**Carrollton, TX 75011** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **SSDC, Inc.**<br>**PO Box 40553**<br>**Portland, OR 97240** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Treadhead Games Legions East**<br>**PMB-182**<br>**1971 Western Avenue**<br>**Albany, NY 12203** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Testors Corporation**<br>**PO Box 73863**<br>**Cleveland, OH 44193** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Twilight Creations, Inc.**<br>**6103 Cabin Creek East**<br>**Newport, KY 41076** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Timeline Ltd.**<br>**127 Glen Forest Road**<br>**Magnolia, DE 19962-1706** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Uberplay Entertainment**<br>**470 Country Lane - #2**<br>**Santa Clara, UT 84765** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Upper Deck**<br>**13326 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Verizon Bankruptcy Administration**<br>**404 Brock Drive**<br>**Bloomington, IL 61701** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Blackhawk Hobby Distributors, Inc**                                            ,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Wizards of the Coast**<br>**PO Box 403050**<br>**Atlanta, GA 30384-3050** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Worthington Games**<br>**PO Box 62725**<br>**Virginia Beach, VA 23466-2725** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **War Torn Worlds**<br>**4810 Kenmar Road**<br>**Sacramento, CA 95835** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Zipwhaa, Inc.**<br>**547 Bluebird Drive**<br>**Bolingbrook, IL 60440** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Z-Man Games**<br>**6 Alan Drive**<br>**Mahopac, NY 10541** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **PC Tech 2U**<br>**10148 Ashdown**<br>**Machesney Park, IL 61115** |
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **Games Workshop**<br>**Attn: Karen Zukowski**<br>**6711 Bay Meadow Drive**<br>**Glen Burnie, MD 21060** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Blackhawk Hobby Distributors, Inc**

Debtor(s)

Case No. _____

Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 12, 2009** _____

Signature **/s/ Kim C Kowalewski** _____
**Kim C Kowalewski**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Blackhawk Hobby Distributors, Inc**    Case No. _____

Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,330,269.45** | **2008 Gross Receipts** |
| **$3,643,305.00** | **2007 Gross Receipts** |
| **$5,039,254.00** | **2006 Gross Receipts** |

2

### 2. Income other than from employment or operation of business

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Impressions Adv. & Marketing 704 Thompsons Drive Brentwood, CA 94513** | **11/26/2008** | **Merchandise returned to vendor for credit @ $3148.61** |
| **Reaper Miniatures PO Box 293175 Lewisville, TX 75029** | **11/12/2008** | **Return of merchandise for credit @ 7995.19** |
| **Reaper Miniatures PO Box 293175 Dallas, TX 75209** | **01/04/2008** | **Return of merchandise for credit @ $19,847.36** |
| **Mega Miniatures 7321 PineBrook St. Augusta, MI 49012** | **09/19/2008** | **Return of merchandise for credit @ $704.04** |
| **PSI 1554 Litton Dr Stone Mountain, GA 30083** | **07/31/2008** | **Return of consigned goods and merchandise for credit @ $28116.31** |
| **Renaissance Enterprises 6638 Town Bluff Drive Dallas, TX 75248** | | **Return of consigned goods @ $126** |
| **Steve Jackson Games PO Box 18957 Austin, TX 78760** | **09/30/2008** | **Return of consigned goods @ $9678.23** |
| **Mongoose Publishing McFarland State Bank Mc Farland, WI 53558** | **11/12/2008** | **Return of consigned goods @ $16311.58** |
| **War Torn Worlds 4810 Kenmar Road Sacramento, CA 95835** | **11/15/2008** | **Return of consigned goods @ $219.84** |
| **Clash of Arms Games 1804 Hoffmansville Rd Sassamansville, PA 19742** | **11/01/2008** | **Return of consigned goods @ $6415.05** |
| **Zeno Games 2242 Kennedy Road Janesville, WI 53545** | **02/27/2008** | **Return of consigned goods @ $1482.28** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J Natale, Ltd**<br>**6833 Stalter Dr, Suite 201**<br>**Rockford, IL 61108** | **11/2008** | **$2,000 & Costs** |

### 10.  Other transfers

None ■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First National Bank & Trust**<br>**345 E Grand Ave**<br>**Beloit, WI 53511** | **Checking - closed account and reopened new account due to theft of checks.** | **03/2008** |
| **First National Bank and Trust Co.**<br>**345 East Grand Avenue**<br>**Beloit, WI 53511** | **Checking Account** | **$781.80  December, 2008** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Iron Crown Enterprises, Inc** | **Consignment Inventory** | **Debtor's warehouse** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None

☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Blackhawk Hobby Distributors, Inc** | **9254** | **5600 N 2nd St Loves Park, IL 61111** | **Distributor of board, card and miniture games** | **1978 - 2008** |

None

■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**John Giglio**                                         **2000 - 2008**
**1415 E State St, Suite**
**Rockford, IL 61104**

None

■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None

☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Kim C Kowalewski**                                    **902 10th Ave**
**Debtor experienced computer crash Spring 2008, books and**    **Rockford, IL 61104**
**records have been reconstructed to best of debtor's ability**

8

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First National Bank & Trust**<br>**345 E Grand Ave**<br>**Beloit, WI 53511** | **Annual financials** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **05/2008** | **Kevin Cannon** | **No dollar amount** |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **05/2008** | **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** |

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Kim C Kowalewski**<br>**902 10th Ave**<br>**Rockford, IL 61104** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kim Kowalewski**<br>**920  10th Avenue**<br>**Rockford, IL 61104** | **Wages for 2008** | **$29,375.00** |
| **Kim Kowalewski**<br>**920  10th Avenue**<br>**Rockford, IL 61104** | **2008 Rent** | **$3,500.00** |
| **Kim Kowalewski**<br>**920  10th Avenue**<br>**Rockford, IL 61104** | **2008 Distributions** | **$12,174.02** |
| **Kim Kowalewski**<br>**920  10th Avenue**<br>**Rockford, IL 61104** | **2008 Reimbursements** | **$693.45** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 12, 2009**                    Signature    **/s/ Kim C Kowalewski**

                                                           **Kim C Kowalewski**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Hobby Distributors, Inc**                          Case No.
                                                    Debtor(s)      Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■        Debtor                □        Other (specify):

4.  The source of compensation to be paid to me is:

    ■        Debtor                □        Other (specify):

5.  ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □        I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 12, 2009**                          **/s/ Bernard J. Natale**
                                                    **Bernard J. Natale 2018683**
                                                    **Bernard J. Natale, Ltd**
                                                    **6833 Stalter Dr., Suite 201**
                                                    **Rockford, IL 61108**
                                                    **(815) 964-4700   Fax: (815) 316-4646**
                                                    **natalelaw@bjnatalelaw.com**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Blackhawk Hobby Distributors, Inc**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                          **117**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 12, 2009**

**/s/ Kim C Kowalewski**

**Kim C Kowalewski**/President
Signer/Title

Aegis Studios
238 Grand Avenue
Loves Park, IL 61111

.

Alderac Entertainment Group
4045 Guasti Road - #210
Ontario, CA 91761

Amarillo Design Bureau, Inc.
PO Box 8759
Amarillo, TX 79114-8759

American Financial Management
3715 Ventura Drive
Arlington Heights, IL 60004

Asmodee Editions
55 Avenue DuMont Royal Ques - #207
Montreal Quebec
CANADA

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T
PO Box 7951
Westbury, NY 11590

Atlas Games
885 Pierce Butler Route
Saint Paul, MN 55104-1522

Attorney Travis Porter
Greenspan & Douglas, Inc.
2921 E. Ft. Lowell Rd. - Ste 113
Calumet, MN 55716

Australian Design Group
15100 East Castle Drive
Wichita, KS 67230

Avalanche Press Ltd.
543 Central Drive - Suite 220
Virginia Beach, VA 23454

Bonnel Heating & A/C, Inc.
2107 Nimtz Road
Loves Park, IL 61111

Bounding Fire Productions
7708A Mullen Drive
Austin, TX 78757

Chaosium, Inc.
22568 Mission Blvd. - #423
Hayward, CA 94541

Charter Service
PO Box 3255
Milwaukee, WI 53201-3255

Clash of Arms Games
PO Box 212
DE 19742

Cloud Kingdom Games
2300 Central Avenue - Suite D
Boulder, CO 80301

Compass Games, LLC
PO Box 271
Cromwell, CT 06416

Critical Hit, Inc.
PO Box 279
Croton Falls, NY 10519

Crystal Caste Dice
7031 S. Aavenida De Pina
Tucson, AZ 85747

Curtis Circulation Company
Specialty Sales Department
PO Box 9103
Camden, NJ 08101-9103

Dan Verssen Games
1230A Barranca Avenue
Glendora, CA 91740

Darkfuries Publishing
PO Box 3099
Newport News, VA 23603

Decision Games
PO Box 21598
Bakersfield, CA 93390

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197-5275

Elder Signs Press
PO Box 389
Lake Orion, MI 48361-0389

Elfin Enterprises
PO Box 1023
Ann Arbor, MI 48106-1023

Elfinwerks
PO Box 1203
Ann Arbor, MI 48106

F&W Publications
APO Box 5014
Iola, WI 54945-5014

Face to Face
PO Box 40218
Providence, RI 02940-0218

Fantasy Flight Games
1975 County Road B-2 - Suite 1
Saint Paul, MN 55113

GMD Games
PO Box 1308
Hanford, CA 93232

Impressions Advertising Marketing
704 Thompsons Drive
Brentwood, CA 94513

Far Future Enterprises
1418 North Clinton Blvd.
Bloomington, IL 61701

Gorilla Games
5023 West 134th Place
Hawthorne, CA 90250

Inmediares Productions, LLC
Catalyst Game Labs
PMB 202
Lake Stevens, WA 98258

Fed Ex
PO Box 94515
Palatine, IL 60094-4515

Green Ronin Publishing
7831  29th Ave. S.
Seattle, WA 98108

Inner City Games Designs
36460 N. US Highway 45
Lake Villa, IL 60046

First National Bank & Trust
345 E Grand Ave
Beloit, WI 53511

Guyer & Enichen
2601 Reid Farm Road - Suite B
Rockford, IL 61114

Internal Revenue Service
CCP-LU ACS Correspondence
PO Box 145566  STOP 813G  CSC
Cincinnati, OH 45250-5566

Flying Buffalo
PO Box 8467
Scottsdale, AZ 85252

Hasbro, Inc
200 Narragansett Park Dr
Pawtucket, RI 02862-0200

Iron Wind Metals LLC
4858 Provident Drive - Suite M
Cincinnati, OH 45246

Flying Frog Productions
2518 141st St. SW
Lynnwood, WA 98087

Heat of Battle
Steve Dethlefsen
525 Golf Lane
Lake Forest, IL 60045-2114

Kenzer & Company
1912 Halifax Street
Libertyville, IL 60048

Gale Force 9
385-120 Reas Ford Road
Earlysville, VA 22936

Hero Games
226 E. 54th Street - #606
New York, NY 10022

Key 20 Direct
PO Box 133
Hinckley, OH 44233

Gallant Hands Gamers Gear
% Debbie & Don Veilhaber
PO Box 2017
Paradise, CA 95969

Hidden City Games
120 Lakeside Avenue - Suite 100
Seattle, WA 98122

Keystone Insurance Agency
1626 N. Main Street
Rockford, IL 61103

Games Workshop
Attn:  Karen Zukowski
6711 Bay Meadow Drive
Glen Burnie, MD 21060

Historical Military Services
4964 Lowell Blvd.
Denver, CO 80221

Khyber Pass Games
W5311 CTH W
Holmen, WI 54636

Games Workshop Midwest
13664 Collections Center Drive
Chicago, IL 60693

Hot Wire Foam Factory
216 East Laurel Avenue
Lompoc, CA 93436

Kim C Kowalewski
902 10th Ave
Rockford, IL 61104

Koplow Games
369 Congress Street
Boston, MA 02110

Miniature Building Authority
PO Box 107
Bethlehem, GA 30620-0107

Paizo Publishing
2700 Richards Road - Suite 201
Bellevue, WA 98005-4200

L2 Design Group
3044 Bloor Streeet West - Suite 956
Toronto  M8X2Y8
CANADA

Monday Knight Productions
4100 NE 104th Avenue
Vancouver, WA 98682

Palladium Books
39074 Webb Court
Westland, MI 48185

Laughing Pan Productions
37 Caraway Lane
Spencerport, NY 14559

Mongoose Publishing
McFarland State Bank
Attn:  A Postel
Mc Farland, WI 53558

PC Tech 2U
10148 Ashdown
Machesney Park, IL 61115

Legio X Inc.
947 Vernon Avenue
Beloit, WI 53511

Multi Man Publishing
403 Headquarters Drive
Suite 7
Millersville, MD 21108

Pierce Box & Paper
4133 Newburg Road
Belvidere, IL 61008

Lone Wolf Development
1101 Pheasant Hill Way
San Jose, CA 95120

Neal Rieken
1121 Southwest Pine Tree Lane
Palm City, FL 34990

Polymancer Studios
20 Weredale Park
Westmont  Quebec  H3Z1Y6
CANADA

Loony Labs
PO Box 761
College Park, MD 20741

New England Simulations
11 Faxon Street
Nashua, NH 03060

Privateer Press
13434  NE 16th Street - Suite 120
Bellevue, WA 98005

Max Protection LLC
5862 S. 194th Street
Kent, WA 98032

Office Depot Credit Plan
P O Box 9020
Des Moines, IA 50368-9020

PSI
1554 Litton Drive
Stone Mountain, GA 30083

McDonald Modular Solutions, Inc.
23800 West 8 Mile Road
Southfield, MI 48033

Omega Games
PO Box 2191
Valrico, FL 33595

R Talsorian Game, Inc.
PO Box 2047
Kirkland, WA 98034

Miller Accounting Services, Inc.
1120 Mermaid Drive
Annapolis, MD 21409

On Military Matters
31 West Broad Street - Suite C
Hopewell, NJ 08525

Renaissance Enterprises
6638 Town Bluff Drive
Dallas, TX 75248

Minden Games
9573 W. Vogel Avenue
Peoria, AZ 85345

Paetec
PO Box 3243
Milwaukee, WI 53201-3243

Rio Grande Games
1804 Platte River Road
Rio Rancho, NM 87144

Robart Mfg., Inc.
625 N. 12th Street
Saint Charles, IL 60174

SSDC, Inc.
PO Box 10353
Portland, OR 97240

Verizon Bankruptcy Administration
404 Brock Drive
Bloomington, IL 61701

Rock Energy Coop
2815 Kennedy Road
Janesville, WI 53545

Steve Jackson Games
PO Box 18957
Austin, TX 78760

War Torn Worlds
4810 Kenmar Road
Sacramento, CA 95835

Rock River Disposal
 Box 673045
Milwaukee, WI 53267-3045

Testors Corporation
PO Box 73863
Cleveland, OH 44193

Wizards of the Coast
PO Box 403050
Atlanta, GA 30384-3050

Rock River Internet
202 W. State Street - 8th Floor
Rockford, IL 61101-1118

Timeline Ltd.
127 Glen Forest Road
Magnolia, DE 19962-1706

Wizards of the Coast, Inc
1801 Lind Ave SW
Renton, WA 98055

RSM McGladrey, Inc.
5155 Paysphere Circle
Chicago, IL 60674

Treadhead Games Legions East
PMB-182
1971 Western Avenue
Albany, NY 12203

Worthington Games
PO Box 62725
Virginia Beach, VA 23466-2725

Sabol Designs, Inc.
503 Hickory Ridge Trail
Suitre 140
Woodstock, GA 30188

Twilight Creations, Inc.
6103 Cabin Creek East
Newport, KY 41076

Z-Man Games
6 Alan Drive
Mahopac, NY 10541

Shelia Jascemskaas
14225 Hansberry Rd
Rockton, IL 61072

Tynes Cowan Corp.
dba Pagan Publishing & Armit
5536  25th Avenue NE
Seattle, WA 98105

Zipwhaa, Inc.
547 Bluebird Drive
Bolingbrook, IL 60440

Silver Fox Productions, Inc.
PO Box 1386
Brantford Ontario   N3T 5T6
CANADA

Uberplay Entertainment
470 Country Lane - #2
Santa Clara, UT 84765

Simmons Games
837 Orange Avenue
Sunnyvale, CA 94087

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Squadron Signal Tools
1115 Crowley Drive
Carrollton, TX 75011

Upper Deck
13326 Collection Center Drive
Chicago, IL 60693

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Blackhawk Hobby Distributors, Inc**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blackhawk Hobby Distributors, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 12, 2009**

Date

**/s/ Bernard J. Natale**

**Bernard J. Natale 2018683**

Signature of Attorney or Litigant

Counsel for   **Blackhawk Hobby Distributors, Inc**

**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700 Fax:(815) 316-4646**
**natalelaw@bjnatalelaw.com**